# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Khalsa, Kirtan K. | **2. Court or Organization**<br><br>United States District Court for the District of New Mexico | **3. Date of Report**<br><br>02/17/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (full-time) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2013<br>to<br>12/10/2014 |
| **7. Chambers or Office Address**<br><br>Pete V. Domenici United States Courthouse<br>333 Lomas Blvd.<br>Albuquerque, NM 87102 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Sole Practitioner Attorney | Khalsa Law Office (1/1/2012 to 9/8/2014) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Kennedy & Han 401k Retirement Plan with former law firm of which I was an associate attorney, no control (in process of rolling over into SEP-IRA) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 02/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Khalsa Law Office Sole Practitioner Earnings | $170,668.00 |
| 2. | 2013 | Khalsa Law Office Sole Practitioner Earnings | $178,567.00 |
| 3. | 2014 | Khalsa Law Office Sole Practitioner Earnings (Estimated Amount) | $120,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | ▓▓▓▓▓▓▓, Salary |
| 2. | 2014 | ▓▓▓▓▓▓▓, Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 02/17/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▬▬▬ School (2013) | Tuition | None |
| 2. | ▬▬▬ School (2014) | Tuition | None |
| 3. | Capital One (2014) | Credit Card | J |
| 4. | ▬▬▬ Academy (2014) | Tutition | J |
| 5. | Capital One (2013) | Credit Card | None |
| 6. | American Express (2014) | Credit Card | None |
| 7. | American Express (2013) | Credit Card | None |
| 8. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 02/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PruLife Custom Premier II Life Insurance Policy (2 policies) | A | Int./Div. | J | T | Exempt | | | | |
| 2. Scholars Edge 529 Plan Age 9-11 Years Portfolio A | | None | J | T | | | | | |
| 3. Kennedy & Han 401k Retirement Fund (referenced in Part II) | | None | J | T | | | | | |
| 4. - Transamerica Partners Stock Index Retirement Option | | | | | | | | | |
| 5. - Transamarica Asset Allocation - Conservative Portfolio R | | | | | | | | | |
| 6. Land Tract 1, Bernalillo County, NM | | None | M | W | | | | | |
| 7. Land Tract 2, Bernalillo County, NM | | None | M | W | | | | | |
| 8. Land Tract 1, Sandoval County, NM | | None | J | W | | | | | |
| 9. Land Tract 2, Sandoval County, NM | | None | K | W | | | | | |
| 10. Land Tract 3, Sandoval County, NM | | None | K | W | | | | | |
| 11. SEP-IRA | D | Dividend | N | T | | | | | |
| 12. - Cisco Systems Inc. (CSCO) | | | | | | | | | |
| 13. - EMC Corp Mass (EMC) | | | | | | | | | |
| 14. - Oracle Corp. (ORCL) | | | | | | | | | |
| 15. - Yahoo Inc. (YHOO) | | | | | | | | | |
| 16. - Walt Disney Co. (DIS) | | | | | | | | | |
| 17. - National Oilwell Varco Inc. (NOV) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 02/17/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Merge Healthcare Inc. (MRGE) | | | | | | | | | |
| 19. - Inergy Midstream Ltd Partnership (NRGY) | | | | | | | | | |
| 20. - Apple Inc. Stock (AAPL) | | | | | | | | | |
| 21. - American Electric Technologies Inc. (AETI) | | | | | | | | | |
| 22. - Cowen Group Inc. New CL A (COWN) | | | | | | | | | |
| 23. - Facebook Inc. CL A (FB) | | | | | | | | | |
| 24. - Orexigen Therapeutics Inc (OREX) | | | | | | | | | |
| 25. - Renesola Ltd. Sponsored ADR (SOL) | | | | | | | | | |
| 26. - Inergy Ltd. Partnership (NRGY) | | | | | | | | | |
| 27. - Makita Corp. ADR New (MKTAY) | | | | | | | | | |
| 28. - Pfizer Inc. (PFE) | | | | | | | | | |
| 29. - Intel Corp. (INTC) | | | | | | | | | |
| 30. - Brightcove Inc. (BCOV) | | | | | | | | | |
| 31. - US Ecology Inc. (ECOL) | | | | | | | | | |
| 32. - Groupon Inc. CL A (GRPN) | | | | | | | | | |
| 33. - Lifelock Inc. (LOCK) | | | | | | | | | |
| 34. - Pendrell Corp (PCO) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 02/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Vanguard Prime Money Market Fund | | | | | | | | | |
| 36. - Whole Foods Market (WFM) | | | | | | | | | |
| 37. - Alimera Sciences Inc. (ALIM) | | | | | | | | | |
| 38. - Research In Motion LTD (BBRY formerly RIMM) | | | | | | | | | |
| 39. - Merck & Company Inc. New (MRK) | | | | | | | | | |
| 40. - VirtUSA Corp. (VRTU) | | | | | | | | | |
| 41. - Comcast Corp Cl. A New (CMCSA) | | | | | | | | | |
| 42. - Costco Wholesale Corp (COST) | | | | | | | | | |
| 43. - Makita Corp ADR New (MKTAY) | | | | | | | | | |
| 44. - Maximus Inc. (MMS) | | | | | | | | | |
| 45. - Sector Financial Select Sector PRDR ETF (XLF) | | | | | | | | | |
| 46. - Coinstar (CSTR) | | | | | | | | | |
| 47. - Ecrypt Technologies Inc. (ECRY) | | | | | | | | | |
| 48. - Amazon (AMZN) | | | | | | | | | |
| 49. - Restoration Hardware (RH) | | | | | | | | | |
| 50. - Netflix Inc. (NFLX) | | | | | | | | | |
| 51. - Sandridge Energy Inc. (SD) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 02/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard 500 Index Fund Admiral Shares Mutual Fund | | | | | | | | | |
| 53. - Vanguard Target Retirement 2035 Mutual Fund | | | | | | | | | |
| 54. - Windsor II Fund Inv. | | | | | | | | | |
| 55. - Total International Stock Index Fund Investor Shares Mutual Fund | | | | | | | | | |
| 56. - Vanguard Mid-Cap Growth Mutual Fund | | | | | | | | | |
| 57. Vanguard NM Unif. Transfer to Minors Account | D | Dividend | J | T | | | | | |
| 58. - Vanguard Prime Money Market | | | | | | | | | |
| 59. - Vanguard Target Retirement 2025 Mutual Fund | | | | | | | | | |
| 60. - SOLTA Med Inc. (SLTM) | | | | | | | | | |
| 61. - Hawaiian Holdings Inc. (HA) | | | | | | | | | |
| 62. - Crocs Inc. (CROX) | | | | | | | | | |
| 63. - Xoom Corp. (XOOM) | | | | | | | | | |
| 64. Vanguard NM Uniform Transfer to Minors Account | A | Dividend | J | T | | | | | |
| 65. - Vanguard Prime Money Market | | | | | | | | | |
| 66. - Vanguard Target Retirment 2020 Mutual Fund | | | | | | | | | |
| 67. - Alimera Sciences (ALIM) | | | | | | | | | |
| 68. - Exone (XONE) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 02/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Modrall, Sperling, Roehl, Harris & Sisk, P.A. 401k | A | Distribution | | | | | | | |
| 70. - Vanguard Mid-Cap Index Fund | | | | | | | | | |
| 71. - Vanguard 500 Index Fund | | | | | | | | | |
| 72. - Vanguard International Growth Fund | | | | | | | | | |
| 73. - Vanguard Total Stock Market Index Fund | | | | | | | | | |
| 74. - Vanguard Total Bond Market Index Fund | | | | | | | | | |
| 75. - Vanguard Prime Cap Mutual Fund | | | | | | | | | |
| 76. - Vanguard Prime Money Market | | | | | | | | | |
| 77. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 02/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 02/17/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kirtan K. Khalsa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544